IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PENOVIA LLC, | § § § | |
| Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. 2:14-cv-168-JRG |
| BLACKBERRY CORPORATION, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

**UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant BlackBerry Corporation ("BlackBerry") files this Unopposed Motion to Extend Time for BlackBerry to Respond to Plaintiff's Original Complaint and respectfully represents to the Court that:

BlackBerry has requested and Penovia has agreed to an additional extension of BlackBerry's time to respond to Plaintiff's Original Complaint up to and including June 6, 2014. The extension requested is necessary for BlackBerry to review this matter and prepare a response to the Complaint.

A proposed Order granting this agreed motion is attached for the Court's convenience.

Dated: May 5, 2014 By:    */s/ Frank Geng*

        Frank Geng
        BlackBerry Corporation
        5000 Riverside Drive
        Irving, TX 75039
        fgeng@blackberry.com

        Attorney for BlackBerry Corporation

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 5th day of May, 2014.

        */s/    Frank Geng*

## **CERTIFICATE OF CONFERENCE**

This is to certify that counsel for BlackBerry Corporation has conferred with counsel for Penovia LLC concerning this motion.

        */s/    Frank Geng*